B6 Summary (Form 6 - Summary) (12/07)

**United States Bankruptcy Court**
**Eastern District of Pennsylvania**

**IN RE:**                                                                                    Case No. _____

**SIMONS, ISAIAH JR.**                                                                        Chapter **7**
                          Debtor(s)

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NUMBER OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $ 110,000.00 | | |
| B - Personal Property | Yes | 5 | $ 4,095.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | $ 109,031.74 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | $ 1,874.29 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 3 | | $ 96,153.99 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | $ 3,100.88 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | $ 3,106.00 |
| TOTAL | | 17 | $ 114,095.00 | $ 207,060.02 | |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**United States Bankruptcy Court**
**Eastern District of Pennsylvania**

IN RE:                                                                                          Case No. _____

SIMONS, ISAIAH JR.                                                                  Chapter **7**
_____
Debtor(s)

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ 1,874.29 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ 0.00 |
| Student Loan Obligations (from Schedule F) | $ 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ 0.00 |
| **TOTAL** | $ **1,874.29** |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $ 3,100.88 |
| Average Expenses (from Schedule J, Line 18) | $ 3,106.00 |
| Current Monthly Income (from Form 22A Line 12; **OR**, Form 22B Line 11; **OR**, Form 22C Line 20 ) | $ 2,146.13 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ 0.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $ 1,874.29 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ 0.00 |
| 4. Total from Schedule F | | $ 96,153.99 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ 96,153.99 |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6A (Official Form 6A) (12/07)

IN RE SIMONS, ISAIAH JR.
         Debtor(s)                                                          Case No. _____
                                                                                          (If known)

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **928 WABANK STREET, LANCASTER, PA  HAS BEEN SURRENDERED** **FEE SIMPLE** | | | 110,000.00 | 109,032.00 |
| | | TOTAL | 110,000.00 | |

(Report also on Summary of Schedules)

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07)

IN RE SIMONS, ISAIAH JR.
_____
Debtor(s)

Case No. _____
(If known)

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | | **CASH ON HAND** | | **100.00** |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **CITIZEN'S BANK** | | **200.00** |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, include audio, video, and computer equipment. | | **HOUSEHOLD FURNISHINGS: LVNG RM 500; KTCHN 500; BED RM 500; TV 100** | | **1,600.00** |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | | **MEN'S JEWELRY: WATCH AND RING** | | **200.00** |
| 8. Firearms and sports, photographic, and other hobby equipment. | | **SPORTS AND HOBBY EQUIPMENT: BOWLING BALL AND SHOES** | | **200.00** |
| 9. Interest in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issue. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07) - Cont.

Case 11-17175-bif    Doc 11    Filed 09/14/11    Entered 09/14/11 14:46:30    Desc Main
Document    Page 5 of 20

IN RE SIMONS, ISAIAH JR.
_____
Debtor(s)

Case No. _____
(If known)

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements in which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | 2010 IRS INCOME TAX REFUND | | 545.00 |
| 19. Equitable or future interest, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 1998 FORD EXPEDITION | | 1,250.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **SIMONS, ISAIAH JR.** _____,   Case No. _____
                              Debtor(s)                                        (If known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |
| | | | **TOTAL** | **4,095.00** |

___2___ continuation sheets attached

(Include amounts from any continuation sheets attached.
Report total also on Summary of Schedules.)

## Used Car Trade-In Values ®



edit options change style

# 1998 Ford Expedition
Sport Utility 4D

Mileage: 180,000

## Trade-In Values

| | |
|---|---|
| Excellent | $2,025 |
| Good | $1,725 |
| Fair | $1,250 ✓ |

## Vehicle Highlights

| | |
|---|---|
| MPG: **City 13/Hwy 16** | Max Seating: **9** |
| Doors: **4** | Engine: **V8, 4.6 Liter** |
| Drivetrain: **4WD** | Transmission: **Automatic** |
| EPA Class: **Sport Utility Vehicles** | Body Style: **Sport Utility** |
| Country of Origin: **United States** | Country of Assembly: **United States** |

## Your Configured Options

Our pre-selected options, based on typical equipment for this car.
✓ Options that you added while configuring this car.

**Engine**
   V8, 4.6 Liter
**Transmission**
   Automatic
**Drivetrain**
   4WD
**Accessory Packages**
   XLT

**Braking and Traction**
   ABS (4-Wheel)
**Comfort and Convenience**
   Air Conditioning
   Power Windows
   Power Door Locks
**Steering**
   Power Steering
   Tilt Wheel
**Entertainment and Instrumentation**
   AM/FM Stereo
   Cassette

**Safety and Security**
   Dual Air Bags
**Wheels and Tires**
   Steel Wheels

## KBB Expert Suggestions

 2012 Ford Expedition

 2011 Chevrolet Tahoe

 2011 GMC Yukon

## Glossary of Terms

©

**Kelley Blue Book® Trade-in Value:** This is the amount you can expect to receive when you trade in your car to a dealer. This value is determined based on the style, condition, mileage and options indicated.

**Excellent Condition:** 3% of all cars we value meet this criteria. This car looks new and is in excellent mechanical condition. The car has never had any paint or bodywork, does not need reconditioning and is free of rust. The engine compartment is clean and free of fluid leaks, and the body and interior are free of wear or visible defects. It has a clean title history and will pass a safety and smog inspection. It also has complete and verifiable service records.

**Good Condition:** 82% of all cars we value meet this criteria. This car is free of any major defects and major mechanical problems. The paint, body and interior have only minor (if any) blemishes and there is little or no rust on the car. The tires match and have substantial tread left. Though it may need some reconditioning, it has a clean title history.

**Fair Condition:** 15% of all cars we value meet this criteria. This car has some mechanical or cosmetic defects and needs servicing, but is still in safe running condition and has a clean title history. The paint, body and/or interior may need professional servicing. The tires may need replacing and there may be some repairable rust damage.

1995-2011 Kelley Blue Book Co.®, Inc. All rights reserved. Copyright & Trademarks | Terms of Service | Privacy Policy | Ad Choices

© 2011 Kelley Blue Book Co., Inc. All rights reserved. 9/9/2011-9/15/2011 Edition. The specific information required to determine the value for this particular vehicle was supplied by the person generating this report. Vehicle valuations are opinions and may vary from vehicle to vehicle. Actual valuations will vary based upon market conditions, specifications, vehicle condition or other particular circumstances pertinent to this particular vehicle or the transaction or the parties to the transaction. This report is intended for the individual use of the person generating this report only and shall not be sold or transmitted to another party. Kelley Blue Book assumes no responsibility for errors or omissions. (v.11092)

B6C (Official Form 6C) (04/10)

IN RE **SIMONS, ISAIAH JR.** _____  Case No. _____
                         Debtor(s)                                                (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:  ☐ Check if debtor claims a homestead exemption that exceeds $146,450. *
(Check one box)
☑ 11 U.S.C. § 522(b)(2)
☐ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| **SCHEDULE A - REAL PROPERTY** | | | |
| **928 WABANK STREET, LANCASTER, PA HAS BEEN SURRENDERED FEE SIMPLE** | 11 USC § 522(d)(1) | 68.00 | 110,000.00 |
| **SCHEDULE B - PERSONAL PROPERTY** | | | |
| **CASH ON HAND** | 11 USC § 522(d)(5) | 100.00 | 100.00 |
| **CITIZEN'S BANK** | 11 USC § 522(d)(5) | 200.00 | 200.00 |
| **HOUSEHOLD FURNISHINGS: LVNG RM 500; KTCHN 500; BED RM 500; TV 100** | 11 USC § 522(d)(3) | 1,600.00 | 1,600.00 |
| **MEN'S JEWELRY: WATCH AND RING** | 11 USC § 522(d)(4) | 200.00 | 200.00 |
| **SPORTS AND HOBBY EQUIPMENT: BOWLING BALL AND SHOES** | 11 USC § 522(d)(3) | 200.00 | 200.00 |
| **2010 IRS INCOME TAX REFUND** | 11 USC § 522(d)(5) | 545.00 | 545.00 |
| **1998 FORD EXPEDITION** | 11 USC § 522(d)(2) | 1,250.00 | 1,250.00 |

* Amount subject to adjustment on 4/1/13 and every three years thereafter with respect to cases commenced on or after the date of adjustment.

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE SIMONS, ISAIAH JR. _____    Case No. _____
                                                      Debtor(s)                                                                             (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

    State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

    List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

    If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **4020** <br> **U.S. BANK NATIONAL ASSOCIATION** <br> **4801 FREDERICA STREET** <br> **OWENSBURG, KY  42301** | | | **DEFAULT JUDGMENTS TAKEN IN LANCASTER CO CP NO 11-04020 BY** <br> **GREGORY JAVARDIAN, ESQUIRE** <br> **1310 INDUSTRIAL BLVD-STE 101   SOUTHHAMPTON, PA 18966** <br> **VALUE: $110,000.** <br><br> VALUE $ **110,000.00** | | | | **109,031.74** | |
| ACCOUNT NO. | | | <br><br><br> VALUE $ | | | | | |
| ACCOUNT NO. | | | <br><br><br> VALUE $ | | | | | |
| ACCOUNT NO. | | | <br><br><br> VALUE $ | | | | | |

    **0** continuation sheets attached

Subtotal (Total of this page) $ **109,031.74**    $

Total (Use only on last page) $ **109,031.74**    $

(Report also on Summary of Schedules.)   (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (04/10)

IN RE SIMONS, ISAIAH JR. _____  Case No. _____
                         Debtor(s)                        (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts _not_ entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☑ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

___**1**___ continuation sheets attached

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE SIMONS, ISAIAH JR.  _____   Case No. _____
                                                   Debtor(s)                                      (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Taxes and Other Certain Debts Owed to Governmental Units
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **0864**<br>**SCHOOL DISTRICT OF LANCASTER**<br>**C-O BERKHEIMER TAX ADMINISTRATOR**<br>**PO BOX 4546**<br>**LANCASTER, PA 17604-4546** | | | **SCHOOL DISTRICT OF LANCASTER REAL ESTATE TAX 2011-2012 ACCOUNT NO. 0010864 BILL NO. 16022 928 WABANK ST LANCASTER TREAL ESTATE IS SURRENDERED AND VACATED.** | | | | **1,874.29** | **1,874.29** | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |

Sheet no. __**1**__ of __**1**__ continuation sheets attached to Schedule of Creditors Holding Unsecured Priority Claims

Subtotal (Totals of this page) $ **1,874.29** $ **1,874.29** $

Total (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) $ **1,874.29**

Total (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) $ **1,874.29** $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **SIMONS, ISAIAH JR.** _____  Case No. _____
　　　　　　　　　　　　　　　　Debtor(s)　　　　　　　　　　　　　　　　　　　　　　　　(If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **8839**<br>**Capital One (USA), N.A.**<br>**PO BOX 71083**<br>**Charlotte, NC 28272-1083** | | | **UNSECURED LINE OF CREDIT TAKEN OUT OVER THREE YRS AGO 2008** | | | | **3,666.60** |
| ACCOUNT NO. **2821**<br>**Capital One (USA), N.A.**<br>**PO BOX 71083**<br>**Charlotte, NC 28272-1083** | | | **UNSECURED LINE OF CREDIT TAKEN OUT OVER FOUR YRS AGO 2007** | | | | **3,256.31** |
| ACCOUNT NO. **2704**<br>**CAPTIAL ONE BANK (USA) NA**<br>**Po Box 71083**<br>**CHARLOTTE, NC 28272** | | | **UNSECURED LINE OF CREDIT TAKEN OUT OVER 3 YRS AGO 2008** | | | | **821.08** |
| ACCOUNT NO. **0000**<br>**CITY OF LANCASTER**<br>**CITY WASTE DEPARTMENT**<br>**39 W. CHESTNUT ST--POB 1020**<br>**LANCASTER, PA 17608-1020** | | | **BILL FOR CITY WASTE AND RECYCLING FOR 927 WABANK ST**<br>**REFERENCE NO. 117509166    ACCT 338 47613 0 0000**<br>**PROPERTY SURRENDERED.** | | | | **210.00** |

__**2**__ continuation sheets attached

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Subtotal
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(Total of this page)　$ **7,953.99**

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)　$

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE SIMONS, ISAIAH JR.                                                           Case No. _____
                      Debtor(s)                                                             (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **0759**<br>**CITY OF LANCASTER<br>PORPERTY VIOLATION DEPT<br>39 W. CHESTNUT ST--POB 1020<br>LANCASTER, PA 17608-1020** | | | **VIOLATION FOR GRASS AND WEEDS ON ABANDONED PROPERTY AT<br>927 WABANK ST, LANCASTER PA** | | | | **35.00** |
| ACCOUNT NO. **F786**<br>**COVERALL CLEANING SYSTEM<br>LEGAL DEPARTMENT<br>5201 CONGRESS AVE--STE 275<br>BOCA RATON, FL 33487** | | | **PAYMENT DUE ON FRANCHISE AGREEMENT TO BE REJECTED AND<br>TERMINATED. FRANCHISE NO. F786** | | | | **1,000.00** |
| ACCOUNT NO. **0017**<br>**CREDIT FIRST, NA.<br>FIRESTONE<br>PO BOX 81344<br>CLEVELAND, OH 44188-0344** | | | **UNSECURED LINE OF CREDIT TAKEN OUT OVER TWO YRS AGO 2009** | | | | **668.00** |
| ACCOUNT NO. **76CN**<br>**Fidelity National Title Insurance Co.<br>17911 Von Karmen Avenue--Ste 300<br>Irvine, CA 92614** | | | **Litigation naming Isaiah Simon, Jr. as a Defendant in Baltimore, MD<br>Circuit Court No. 24-C-10-004276 CN Claiming $85,000.<br>and additional<br>alleged damages. Claims are disputed; Loss occured due to Plaintiff's<br>agent's negligence.** | | X | X | **85,000.00** |
| ACCOUNT NO. **76CN**<br>**Fidelity National Title Insurance Co.<br>C-O Alan W. Bernstein, Esquire<br>900 Bestgate Rd--Ste 200<br>Annapolis, MD 21401** | | | **Litigation naming Isaiah Simon, Jr. as a Defendant in Baltimore, MD<br>Circuit Court No. 24-C-10-004276 CN Claiming $85,000.<br>and additional<br>alleged damages. Claims are disputed; Loss occured due to Plaintiff's<br>agent's negligence.** | | X | X | **0.00** |
| ACCOUNT NO. **3620**<br>**GORDON'S JEWELERS<br>CUSTOMER SEVIC CENTER-DEPT CCS 911<br>4740 121ST STREET<br>URBANDALE, IA 50323** | | | **UNSECURED LINE OF CREDIT TAKEN OUT OVER TWO YRS AGO 2009** | | | | **260.00** |
| ACCOUNT NO. **3620**<br>**GORDONS CREDIT PLAN<br>PROCESSING CENTER<br>PO BX 653058<br>DALLAS, TX 75265** | | | **LINE OF CREDIT FOR JEWLERY PURCHASES TAKEN OUT OVER FOUR YEARS AGO 2007 LISTED UNDER ANOTHER ADDRESS $ 260.** | | | | **0.00** |

Sheet no. __**1**__ of __**2**__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  $ **86,963.00**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)  $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.  
Case 11-17175-bif    Doc 11    Filed 09/14/11    Entered 09/14/11 14:46:30    Desc Main
Document    Page 15 of 20

IN RE **SIMONS, ISAIAH JR.** _____ Case No. _____
               Debtor(s)                                                  (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **3620** <br> **GORDONS CREDIT PLAN** <br> **PROCESSING CENTER** <br> **DES MOINES, IA  50364** | | | **LINE OF CREDIT FOR JEWLERY PURCHASES TAKEN OUT OVER FOUR YEARS AGO  2007 LISTED UNDER ANOTHER ADDRESS  $ 260.** | | | | **0.00** |
| ACCOUNT NO. **U971** <br> **NCO FINANCIAL SYSTEMS INC** <br> **PO BOX 4935** <br> **TRENTON, NJ  08650-4935** | | | **UNSECURED LINE OF CREDIT TAKEN OUT OVER TWO YEARS AGO 2009** | | | | **500.00** |
| ACCOUNT NO. **6265** <br> **ORCHARD BANK GOLD MASTER CARD** <br> **PO BOX 5253** <br> **CAROL STREAM, IL  60197-5253** | | | **UNSECURED LINE OF CREDIT TAKEN OUT OVER TWO YRS AGO  2009** | | | | **737.00** |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

Sheet no. __**2**__ of __**2**__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ **1,237.00**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $ **96,153.99**

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6G (Official Form 6G) (12/07)

IN RE SIMONS, ISAIAH JR.
_____
Debtor(s)

Case No. _____
(If known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| | |

IN RE SIMONS, ISAIAH JR. _____    Case No. _____
　　　　　　　　　　　Debtor(s)　　　　　　　　　　　　　　　　　　　　　(If known)

## SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
|  |  |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **SIMONS, ISAIAH  JR.** _____   Case No. _____
                                              Debtor(s)                                         (If known)

## SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on From 22A, 22B, or 22C.

| Debtor's Marital Status | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Single** | RELATIONSHIP(S): | AGE(S): |

| EMPLOYMENT: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Truck Driver** | |
| Name of Employer | **Manheim Philadelphia** | |
| How long employed | **1 years** | |
| Address of Employer | **Rte 309 And Bethlhem Pike** **Hatfiled, PA  19440** | |

**INCOME:** (Estimate of average or projected monthly income at time case filed)   DEBTOR   SPOUSE

1. Current monthly gross wages, salary, and commissions (prorate if not paid monthly)   $ **1,167.13**   $ _____
2. Estimated monthly overtime   $ _____   $ _____
**3. SUBTOTAL**   $ **1,167.13**   $ _____
4. LESS PAYROLL DEDUCTIONS
   a. Payroll taxes and Social Security   $ **233.25**   $ _____
   b. Insurance   $ _____   $ _____
   c. Union dues   $ _____   $ _____
   d. Other (specify) _____
     _____   $ _____   $ _____
                                   $ _____   $ _____
**5. SUBTOTAL OF PAYROLL DEDUCTIONS**   $ **233.25**   $ _____
**6. TOTAL NET MONTHLY TAKE HOME PAY**   $ **933.88**   $ _____

7. Regular income from operation of business or profession or farm (attach detailed statement)   $ _____   $ _____
8. Income from real property   $ _____   $ _____
9. Interest and dividends   $ _____   $ _____
10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above   $ _____   $ _____
11. Social Security or other government assistance
   (Specify) **Social Security Benefits** _____   $ **1,188.00**   $ _____
   _____   $ _____   $ _____
12. Pension or retirement income   $ **979.00**   $ _____
13. Other monthly income
   (Specify) _____
   _____   $ _____   $ _____
   _____   $ _____   $ _____
   _____   $ _____   $ _____

**14. SUBTOTAL OF LINES 7 THROUGH 13**   $ **2,167.00**   $ _____
**15. AVERAGE MONTHLY INCOME** (Add amounts shown on lines 6 and 14)   $ **3,100.88**   $ _____

**16. COMBINED AVERAGE MONTHLY INCOME**: (Combine column totals from line 15; if there is only one debtor repeat total reported on line 15)   $ **3,100.88**

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:
**None**

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6J (Official Form 6J) (12/07)

IN RE  SIMONS, ISAIAH  JR. _____     Case No. _____
                           Debtor(s)                                              (If known)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made biweekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | |
|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ 650.00 |
|     a. Are real estate taxes included?    Yes ____  No ✓ | |
|     b. Is property insurance included?    Yes ____  No ✓ | |
| 2. Utilities: | |
|     a. Electricity and heating fuel | $ 190.00 |
|     b. Water and sewer | $ |
|     c. Telephone | $ 85.00 |
|     d. Other   Cell Phone | $ 85.00 |
| | $ |
| 3. Home maintenance (repairs and upkeep) | $ 145.00 |
| 4. Food | $ 495.00 |
| 5. Clothing | $ 110.00 |
| 6. Laundry and dry cleaning | $ 48.00 |
| 7. Medical and dental expenses | $ 250.00 |
| 8. Transportation (not including car payments) | $ 400.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ 150.00 |
| 10. Charitable contributions | $ 200.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | |
|     a. Homeowner's or renter's | $ 150.00 |
|     b. Life | $ |
|     c. Health | $ |
|     d. Auto | $ 123.00 |
|     e. Other _____ | $ |
| | $ |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | |
|     (Specify) _____ | $ |
| | $ |
| 13. Installment payments: (in chapter 11, 12 and 13 cases, do not list payments to be included in the plan) | |
|     a. Auto | $ |
|     b. Other _____ | $ |
| | $ |
| 14. Alimony, maintenance, and support paid to others | $ |
| 15. Payments for support of additional dependents not living at your home | $ |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ |
| 17. Other   Hair CUTS | $ 25.00 |
| | $ |
| | $ |

**18. AVERAGE MONTHLY EXPENSES** (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.    $ **3,106.00**

19. Describe any increase or decrease in expenditures anticipated to occur within the year following the filing of this document:
**None**

**20. STATEMENT OF MONTHLY NET INCOME**
    a. Average monthly income from Line 15 of Schedule I     $ 3,100.88
    b. Average monthly expenses from Line 18 above            $ 3,106.00
    c. Monthly net income (a. minus b.)                      $ -5.12

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6 Declaration (Official Form 6 - Declaration) (12/07)

IN RE **SIMONS, ISAIAH  JR.**_____  Case No. _____
                              Debtor(s)                                                    (If known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ____**19**____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: **September 13, 2011**_____   Signature: ***/s/ ISAIAH SIMONS, JR.***_____
                                                         **ISAIAH SIMONS, JR.**                                   Debtor

Date: _____   Signature: _____
                                                                                                          (Joint Debtor, if any)
                                                         [If joint case, both spouses must sign.]

---

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342 (b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____    _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer    Social Security No. (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs the document.*

_____
_____
Address

_____    _____
Signature of Bankruptcy Petition Preparer                             Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.*

---

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the _____ (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the _____ (corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets (*total shown on summary page plus 1*), and that they are true and correct to the best of my knowledge, information, and belief.

Date: _____   Signature: _____

                                                     _____
                                                     (Print or type name of individual signing on behalf of debtor)

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only